1

2

3

4 UNITED STATES DISTRICT COURT

5 NORTHERN DISTRICT OF CALIFORNIA

6 SAN JOSE DIVISION

7

8 SCOTT JOHNSON,                          Case No.18-cv-05190-VKD

        Plaintiff,
9
                                         **ORDER TO SHOW CAUSE RE**
10      v.                               **SETTLEMENT**

11 EMAD PROPERTIES, LLC, et al.,          Re: Dkt. No. 17

        Defendants.
12

13

14          Plaintiff having filed a Notice of Settlement (Dkt. No. 17), the Court vacates all currently

15 scheduled deadlines and appearances, except for those set in the January 28, 2019 Consent Decree

16 (Dkt. No. 15).  There being no explanation why the parties require 120 days to file a dismissal, the

17 Court instead orders as follows:

18          On or before **July 2, 2019**, a dismissal shall be filed pursuant to Fed. R. Civ. P. 41(a)(1).

19 Rule 41(a)(1) permits a plaintiff to voluntarily dismiss a case without a court order (i) by notice if

20 the defendant has not filed an answer or motion for summary judgment, or (ii) by stipulation

21 signed by all parties who have appeared.  Because defendants answered the complaint, plaintiff

22 may not voluntarily dismiss this case absent a stipulation also signed by defendants or an order

23 from the Court.

24          If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom

25 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on

26 **July 9, 2019**, **10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to

27 Fed. R. Civ. P. 41(a).  Additionally, the parties shall file a statement in response to this Order to

28 Show Cause no later than **July 3, 2019** advising as to (1) the status of their activities in finalizing

settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.

If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**IT IS SO ORDERED.**

Dated: May 6, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge